| | |
|---|---|
| KEKER & VAN NEST LLP<br>ASIM M. BHANSALI - #194925<br>abhansali@kvn.com<br>R. ADAM LAURIDSEN - #243780<br>alauridsen@kvn.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:   415-391-5400<br>Facsimile:    415-397-7188<br><br>Attorneys for Defendants<br>PRABHAKAR GOEL aka PRABHU GOEL<br>and GOEL FAMILY VENTURES I LP | CARR & FERRELL LLP<br>ROBERT J. YORIO - #93178<br>yorio@carrferrell.com<br>120 Constitution Drive<br>Menlo Park, CA  94025<br>Telephone:    650-812-3400<br>Facsimile:     650-812-3444<br><br>VECTIS LAW GROUP<br>PATRICK M. COSTELLO - #117205<br>pcostello@vectislawgroup.com<br>2225 E. Bayshore Road, Suite 246<br>Palo Alto, CA  94303<br>Telephone:    650-320-1688<br>Facsimile:     650-320-1687 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SIGNET SOLAR, INC.,<br><br>           Debtor. | Case No. 12-31753-DM<br>(Consolidated with Case No. 12-33270)<br><br>Chapter 7 |
| ANDREA A. WIRUM, Trustee<br><br>           Plaintiff and Appellant,<br><br>    v.<br><br>PRABHAKAR GOEL aka PRABHU GOEL<br>and GOEL FAMILY VENTURES I LP,<br><br>           Defendants and Appellees. | Case No. CV-14-05161-EMC<br><br>[~~PRO~~POSED] ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME |

1  Having reviewed the parties' stipulation and good cause appearing, the Court hereby
ORDERS as follows:

1. Appellees shall serve and file their brief 28 days after service of Appellant's brief; and,

2. Appellant shall serve and file her reply brief 21 days after service of Appellee's brief.

IT IS SO ORDERED

DATED: 1/30/15



---

1

[PROPOSED] ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. CV-14-05161-EMC

898302.01